Official Form 1 (10/06)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>M.R.E. Construction Company Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>36-4382566 | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>100 South Williams Street<br>Thornton, IL<br><div align=right>ZIP Code</div>60476 | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align=right>ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align=right>ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align=right>ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2 million.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 100,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☐ $0 to $10,000 | ■ $10,001 to $100,000 | ☐ $100,001 to $1 million | ☐ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $1 million | ☐ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Official Form 1 (10/06)

FORM B1, Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): M.R.E. Construction Company Inc. |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).  X_____  Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Official Form 1 (10/06)                                                                                                          FORM B1, Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| M.R.E. Construction Company Inc. |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X  /s/ Bruce C. Scalambrino
_____
Signature of Attorney for Debtor(s)

 Bruce C. Scalambrino ARDC 06193809
Printed Name of Attorney for Debtor(s)

 SCALAMBRINO & ARNOFF, LLP
Firm Name

 One North LaSalle Street
 Suite 1600
 Chicago, IL 60602

Address

                                Email: bcs@sacounsel.com
 312-629-0545  Fax: 312-629-0550
Telephone Number

 December 18, 2006
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Michael Del Nagro
_____
Signature of Authorized Individual

 Michael Del Nagro
Printed Name of Authorized Individual

 President
Title of Authorized Individual

 December 18, 2006
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Form 6-Summary (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re    M.R.E. Construction Company Inc.                          ,    Case No. _____

                                                              Debtor

                                                                    Chapter _____ 7 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 77,657.87 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 89,343.06 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 25,228.62 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 18 | | 676,316.89 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 28 | | | |
| | Total Assets | | 77,657.87 | | |
| | | Total Liabilities | | 790,888.57 | |

Official Form 6 - Statistical Summary (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re    M.R.E. Construction Company Inc.                  ,    Case No. _____

                                            Debtor              Chapter_____7_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form B6A
(10/05)

In re    M.R.E. Construction Company Inc. _____,    Case No. _____

                                        Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

Form B6B
(10/05)

In re    M.R.E. Construction Company Inc.                                    ,    Case No. _____
                                        Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
In providing the information requested in this schedule, do not include the name or address of a minor child.  Simply state "a minor child."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account<br>MB Financial Bank<br>16340 South Park Avenue<br>South Holland, IL 60473<br>Acct No. ***8840 | - | 187.87 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > | 187.87 |
|---|---|---|
|  | (Total of this page) | |

___3___ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6B
(10/05)

In re    M.R.E. Construction Company Inc.                                    ,    Case No. _____
                                          Debtor

# SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Matthew Gill Neighborhood Development | - | 8,000.00 |
| | | Nick Papafotopolous Pavilion Real Estate, LLC 13261 Maverick Trail Homer Glen, IL 60491 | - | 6,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >    14,000.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form B6B
(10/05)

In re    M.R.E. Construction Company Inc.                                     ,    Case No. _____
                                    Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1999 Monaco Motor Home 110 S. Williams Thorton, IL 60476 (Blue Book Value) | - | 63,470.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Two Dell Computers Two Lexmark Printers One Compaq Computer One Hewlett Packard Printer One Copier Machine One Fax Machine | - | Unknown |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

Sub-Total >          63,470.00
(Total of this page)

Sheet  2  of  3  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

Form B6B
(10/05)

In re    M.R.E. Construction Company Inc.                                    ,    Case No. _____
                                    Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 77,657.87 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6D (10/06)

In re    M.R.E. Construction Company Inc. _____,    Case No. _____

                                    Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. 6928 | | | | Prior to Petition Date | | | | | |
| Creditor #: 1 National City P.O. Box 856153 Louisville, KY 40285-6153 | X | - | | 1999 Monaco Motor Home 110 S. Williams Thorton, IL 60476 (Blue Book Value) | | | | | |
| | | | | Value $          63,470.00 | | | | 89,343.06 | 25,873.06 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

| | | |
|---|---|---|
| _0_   continuation sheets attached | Subtotal (Total of this page) | 89,343.06 | 25,873.06 |
| | Total (Report on Summary of Schedules) | 89,343.06 | 25,873.06 |

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6E (10/06)

In re    M.R.E. Construction Company Inc.                                    ,    Case No. _____
                              Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trust or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

____1____  continuation sheets attached

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6E (10/06) - Cont.

In re    M.R.E. Construction Company Inc. _____,    Case No. _____
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | 2005 | | | | | |
| Creditor #: 1 Illinois Department of Revenue Bankruptcy Section Level 7-425 100 West Randolph Street Chicago, IL 60606 | | - | Taxes | | | | | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | 2006 | | | | | |
| Creditor #: 2 Illinois Department of Revenue Bankruptcy Section Level 7-425 100 West Randolph Street Chicago, IL 60606 | | - | Taxes | | | | | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | 2005 | | | | | |
| Creditor #: 3 Internal Revenue Service 230 South Dearborn St. Mail Stop 5010 CHI Chicago, IL 60604 | | - | Taxes | | | | | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | 2006 | | | | | |
| Creditor #: 4 Internal Revenue Service 230 South Dearborn St. Mail Stop 5010 CHI Chicago, IL 60604 | | - | Taxes | | | | | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. 2566 | | | June, 2006 | | | | | |
| Creditor #: 5 Internal Revenue Service 230 South Dearborn St. Mail Stop 5010 CHI Chicago, IL 60604 | | - | 941 Taxes | | | | | 25,228.62 |
| | | | | | | | 25,228.62 | 0.00 |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 25,228.62 | |
| (Total of this page) | 25,228.62 | 0.00 |
| Total | 25,228.62 | |
| (Report on Summary of Schedules) | 25,228.62 | 0.00 |

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                        Best Case Bankruptcy

Official Form 6F (10/06)

In re    M.R.E. Construction Company Inc.    , Case No. _____
                                            Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br>Creditor #: 1<br>Aces Demolition<br>P.O. Box 511<br>Wheaton, IL 60189 | | - | | | Prior to Petition Date<br>Trade debt | | | | 3,800.00 |
| Account No.<br>Creditor #: 2<br>Advance Glass<br>410 Ashland Ave.<br>Chicago Heights, IL 60411 | | - | | | Prior to Petition Date<br>Trade debt | | | | 3,698.00 |
| Account No.<br>Creditor #: 3<br>Allied Insurance<br>3820 109th Street<br>Dept. 2177<br>Des Moines, IA 50391-2177 | | - | | | Trade debt | X | X | | 30,000.00 |
| Account No.<br>Creditor #: 4<br>Alside<br>8400 Colorado Street<br>Merrillville, IN 46410 | | - | | | Prior to Petition Date<br>Trade debt | | | | 8,593.56 |

__17__  continuation sheets attached

| | Subtotal<br>(Total of this page) | 46,091.56 |
|---|---|---|

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037    S/N:20571-061130    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **M.R.E. Construction Company Inc.**                ,     Case No. _____

                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 2002<br><br>Creditor #: 5<br>American Express<br>Box 0001<br>Los Angeles, CA 90096-0001 | X | - | | Prior to Petition Date<br>Trade debt | | | | 49.75 |
| Account No.<br><br>Creditor #: 6<br>Amtico<br>Attn: Sharon King<br>6480 Roswell Road<br>Atlanta, GA 30328 | | - | | Prior to Petition Date<br>Trade debt | | | | 2,221.70 |
| Account No. 7555<br><br>Creditor #: 7<br>Armor Tile & Supply<br>13700 S. Cicero Ave.<br>Crestwood, IL 60445 | | - | | Prior to Petition Date<br>Trade debt | | | | 5,066.43 |
| Account No.<br><br>Creditor #: 8<br>Bank of America<br>P.O. Box 1516<br>Newark, NJ 07101-1516 | | - | | Prior to Petition Date<br>Trade debt | | | | 4,693.61 |
| Account No.<br><br>Creditor #: 9<br>Capital One<br>P.O. Box 790217<br>Saint Louis, MO 63179-0217 | | - | | Prior to Petition Date<br>Trade debt | | | | 5,103.63 |

Sheet no. __1__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                    Subtotal
                            (Total of this page)      **17,135.12**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                  Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    M.R.E. Construction Company Inc. _____,    Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | Husband, Wife, Joint, or Community | | | | |
| Account No. 7449 <br><br> Creditor #: 10 <br> Capital One Services, Inc. <br> 15000 Capital One Drive <br> Richmond, VA 23238 | | - | Prior to Petition Date <br> Trade debt | | | | Unknown |
| Account No. <br><br> Representing: <br> Capital One Services, Inc. | | | Capital One <br> P.O. Box 5155 <br> Norcross, GA 30091 | | | | |
| Account No. <br><br> Creditor #: 11 <br> Central Door Distribution <br> 150 East State Street <br> Calumet City, IL 60406 | | - | Prior to Petition Date <br> Trade debt | | | | 108.75 |
| Account No. 8624 <br><br> Creditor #: 12 <br> Chase Cardmember Service <br> P.O. Box 15548 <br> Wilmington, DE 19886-5548 | X | - | Prior to Petition Date <br> Trade debt | | | | 8,333.37 |
| Account No. 2453 <br><br> Creditor #: 13 <br> Citibank USA, N.A. <br> P.O. Box 688904 <br> Des Moines, IA 50368-8904 | | - | Prior to Petition Date <br> Trade Debt | | | | 16,780.03 |

Sheet no. __2__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     25,222.15

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    M.R.E. Construction Company Inc. ,                Case No. _____
                                                                                Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. Representing: Citibank USA, N.A. | | | | LTD Financial Services, L.P. 7322 Southwest Freeway Suite 1600 Houston, TX 77074 | | | | |
| Account No. Creditor #: 14 CitiFinancial Retail Svc. P.O. Box 183041 Columbus, OH 43218-3041 | | - | | Prior to Petition Date Trade debt | | | | 2,332.64 |
| Account No. Creditor #: 15 Craftsman Carpet & Tile 12101 W. 159th Street Homer Glen, IL 60491 | | - | | Prior to Petition Date Trade debt | | | | 27,146.88 |
| Account No. Creditor #: 16 Creative Counters Inc. 11767 Juanita Drive Orland Park, IL 60467 | | - | | Prior to Petition Date Trade debt | | | | 8,500.00 |
| Account No. 8629 Creditor #: 17 Dal-Tile Corporation P.O. Box 70671 Chicago, IL 60673-0671 | X | - | | Prior to Petition Date Trade debt | | | | 3,870.61 |

Sheet no. __3__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

41,850.13

Official Form 6F (10/06) - Cont.

In re    M.R.E. Construction Company Inc.    ,    Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Representing:<br>Dal-Tile Corporation | | | | Teller, Levit & Silvertrust, P.C.<br>11 East Adams Street<br>Chicago, IL 60603 | | | | |
| Account No.<br>Creditor #: 18<br>Digital Blue<br>8200 West 185th Street<br>Suite L<br>Tinley Park, IL 60477 | - | | | Prior to Petition Date<br>Trade debt | | | | 3,870.61 |
| Account No. 0528<br>Creditor #: 19<br>Edward Hines Lumber Co.<br>9900 West 191st Street<br>Mokena, IL 60448 | - | | | Prior to Petition Date<br>Trade debt | | | | 1,712.91 |
| Account No.<br><br>Representing:<br>Edward Hines Lumber Co. | | | | Edward Hines Lumber Co.<br>P.O. Box 28<br>Mokena, IL 60448 | | | | |
| Account No.<br>Creditor #: 20<br>Edward Hines Lumber Co.<br>9900 West 191st Street<br>Mokena, IL 60448 | - | | | Prior to Petition Date<br>Trade debt | | | | 720.27 |

Sheet no. __4__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,303.79

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  M.R.E. Construction Company Inc. _____,  Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | J C | | | | | |
| **Account No.** 21 | | | | September, 2006 | | | | |
| Creditor #: 21 Edward Hines Lumber Co. 9900 West 191st Street Mokena, IL 60448 | X | - | | Judgment | | | | |
| | | | | | | | | 2,733.18 |
| **Account No.** | | | | Hy Addison 100 Corporate Grove Drive Buffalo Grove, IL 60089 | | | | |
| Representing: Edward Hines Lumber Co. | | | | | | | | |
| **Account No.** | | | | Prior to Petition Date | | | | |
| Creditor #: 22 Galaxy Environmental, Inc. 4252 N. Milwaukee Ave. Chicago, IL 60622 | | - | | Trade debt | | | | |
| | | | | | | | | 3,149.00 |
| **Account No.** | | | | Prior to Petition Date | | | | |
| Creditor #: 23 Glenridge Electric 27413 S. Kursten St. Monee, IL 60449 | | - | | Trade debt | | | | |
| | | | | | | | | 245.00 |
| **Account No.** | | | | Prior to Petition Date | | | | |
| Creditor #: 24 Goldy Locks Tinley Park 7112 W. 171st Street Tinley Park, IL 60477 | | - | | Trade debt | | | | |
| | | | | | | | | 2,500.00 |

Sheet no. __5__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                8,627.18

Official Form 6F (10/06) - Cont.

In re    M.R.E. Construction Company Inc. _____ ,    Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 25 Creditor #: 25 H & K Masonry Services, Inc. 2504 Fourth Street Peru, IL 61354 | - | | | | Prior to Petition Date Trade debt | | | | 1,260.00 |
| Account No. 26 Creditor #: 26 Hartford Insurance P.O. Box 2907 Hartford, CT 06104-2907 | - | | | | Prior to Petition Date Trade debt | | | | 37,084.65 |
| Account No. Representing: Hartford Insurance | | | | | Credit Collection Service Two Wells Avenue Dept. 7250 Newton Center, MA 02459 | | | | |
| Account No. 27 Creditor #: 27 Hilti P.O. Box 382002 Pittsburgh, PA 15250-8002 | - | | | | Prior to Petition Date Trade debt | | | | 616.75 |
| Account No. MRE CON Creditor #: 28 Home Building Supply LLC 17532 Duvan Drive Tinley Park, IL 60477 | - | | | | Prior to Petition Date Trade debt | | | | 23,220.00 |

Sheet no. __6__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

62,181.40

Official Form 6F (10/06) - Cont.

In re    M.R.E. Construction Company Inc. _____ ,    Case No. _____
_____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br>Creditor #: 29<br>Home Depot<br>P.O. Box 6029<br>The Lakes, NV 88901-6029 | - | | | | Prior to Petition Date<br>Trade debt | | | | 16,500.00 |
| Account No.<br>Creditor #: 30<br>Home Depot Credit Svcs<br>P.O. Box 9172<br>Des Moines, IA 50368-9172 | - | | | | Prior to Petition Date<br>Trade debt | | | | 16,472.57 |
| Account No.<br>Creditor #: 31<br>Homewood Disposal Service<br>1501 W. 175th Street<br>Homewood, IL 60430 | - | | | | Prior to Petition Date<br>Trade debt | | | | 7,504.11 |
| Account No.<br>Creditor #: 32<br>Ice Mountain Spring Water<br>P.O. Box 856680<br>Louisville, KY 40285-6680 | - | | | | Prior to Petition Date<br>Trade debt | | | | 240.35 |
| Account No. 0600<br>Creditor #: 33<br>ICI Paints<br>7101 Indianapolis<br>Hammond, IN 46324 | - | | | | Prior to Petition Date<br>Trade debt | | | | 581.38 |

Sheet no. __7__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

41,298.41

Official Form 6F (10/06) - Cont.

In re    M.R.E. Construction Company Inc. _____,    Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. Representing: ICI Paints | | | | ICI Paints 21033 Network Place Chicago, IL 60673-1210 | | | | |
| Account No. Creditor #: 34 Innerform P.O. Box 7200 Villa Park, IL 60181 | | - | | Prior to Petition Date Trade debt | | | | 2,000.00 |
| Account No. MRECON Creditor #: 35 J&L Metal Doors 8305 W. 183rd Place Tinley Park, IL 60477 | | - | | Prior to Petition Date Trade debt | | | | 1,500.00 |
| Account No. Creditor #: 36 J&L Metal Doors 8305 W. 183rd Place Tinley Park, IL 60477 | | - | | Prior to Petition Date Trade debt | | | | 171.45 |
| Account No. Representing: J&L Metal Doors | | | | J&L Metal Doors P.O. Box 671 Chicago Heights, IL 60412-0671 | | | | |

Sheet no. __8__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    3,671.45

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    M.R.E. Construction Company Inc.                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Prior to Petition Date Trade debt | | | | |
| Creditor #: 37 JD & 3 275 Thelma Street Manhattan, IL 60442 | - | | | | | | | |
| | | | | | | | | 2,070.00 |
| Account No. | | | | Prior to Petition Date Trade debt | | | | |
| Creditor #: 38 Joliet Plumbing 1736 East Cass Street Joliet, IL 60432 | - | | | | | | | |
| | | | | | | | | 8,659.95 |
| Account No. | | | | Prior to Petition Date Trade debt | | | | |
| Creditor #: 39 Joseph & Sons P.O. Box 1418 Homewood, IL 60430-0418 | - | | | | | | | |
| | | | | | | | | 6,018.40 |
| Account No. | | | | 2006 Loan | | | | |
| Creditor #: 40 Joseph Bianchi 13040 W. Regan Mokena, IL 60448 | - | | | | | | | |
| | | | | | | | | 5,500.00 |
| Account No. | | | | Prior to Petition Dates Loans | | | | |
| Creditor #: 41 Joseph Bianchi 13040 W. Regan Mokena, IL 60448 | - | | | | | | | |
| | | | | | | | | 5,000.00 |

Sheet no. __9__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

27,248.35

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    M.R.E. Construction Company Inc. _____,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.   Creditor #: 42 Keepsake Construction Co. 15529 S. 70th Court Orland Park, IL 60462 | - | | | Prior to Petition Date Trade debt | | | | 871.00 |
| Account No.   Creditor #: 43 Kel Mel Millwork Company 1953 Airway Court New Lenox, IL 60451 | - | | | Prior to Petition Ddate Trade debt | | | | 5,009.25 |
| Account No.   Representing: Kel Mel Millwork Company | | | | Kel Mel Millwork Company 10500 West 163rd Place Orland Park, IL 60467 | | | | |
| Account No.   Creditor #: 44 Kel Mel Millwork Company 1953 Airway Court New Lenox, IL 60451 | - | | | Prior to Petition Date Trade debt | | | | 4,862.29 |
| Account No.   Representing: Kel Mel Millwork Company | | | | Kel Mel Millwork Company, Inc. 10500 West 163rd Place Orland Park, IL 60467-5444 | | | | |

Sheet no. __10__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    10,742.54

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    M.R.E. Construction Company Inc. _____,   Case No. _____

_____Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Prior to Petition Date | | | | |
| Creditor #: 45 Laciak Accoutancy Group 833 W. Lincoln Hwy. Suite 109W Schererville, IN 46375 | - | | | Trade debt | | | | 800.00 |
| Account No. | | | | Prior to Petition Date | | | | |
| Creditor #: 46 LaForce 1060 W. Mason Street P.O. Box 10068 Green Bay, WI 54307 | - | | | Trade debt | | | | 50,670.00 |
| Account No. | | | | Prior to Petition Date | | | | |
| Creditor #: 47 Land & Lakes Disposal Svc. 21900 S. Central Avenue Matteson, IL 60443 | - | | | Trade debt | | | | 1,000.00 |
| Account No. 101770 | | | | Prior to Petition Date | | | | |
| Creditor #: 48 M.A. Bruder & Sons, Inc. 600 Reed Road Broomall, PA 19008 | - | | | Trade debt | | | | 900.00 |
| Account No. | | | | Prior to Petition Date | | | | |
| Creditor #: 49 MAB Paints 720 Central Florida Pkwy. Orlando, FL 32824-8589 | - | | | Trade debt | | | | 3,000.00 |

Sheet no. __11__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     56,370.00

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    M.R.E. Construction Company Inc.                                    ,        Case No. _____
                                                                Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.  50<br>Creditor #: 50<br>MB Financial Bank, N.A.<br>Retail Banking - South Holland<br>475 E. 162nd Street<br>South Holland, IL 60473 | | - | | September, 2005<br>Promissotry Note | | | | 130,000.00 |
| Account No.  51<br>Creditor #: 51<br>McCann<br>543 S. Rohlwing Road<br>Addison, IL 60101 | | - | | Prior to Petition Date<br>Trade debt | | | | 1,184.00 |
| Account No.  52<br>Creditor #: 52<br>Menard's<br>HSBC Business Solutions<br>P.O. Box 5219<br>Carol Stream, IL 60197-5219 | | - | | Prior to Petition Date<br>Trade debt | | | | 18,469.21 |
| Account No.  53<br>Creditor #: 53<br>Michael Del Nagro<br>4516 W. 109th Avenue<br>Crown Point, IN 46307 | | - | | 2005<br>Promissory Note | | | | 31,000.00 |
| Account No.  54<br>Creditor #: 54<br>Michael Del Nagro<br>4516 W. 109th Avenue<br>Crown Point, IN 46307 | | - | | Prior to Petition Date<br>Payments on debtor's behalf to secured creditor | | | | Unknown |

Sheet no. __12__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

180,653.21

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    M.R.E. Construction Company Inc.                                        ,    Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Creditor #: 55<br>Michael Del Nagro<br>4516 W. 109th Avenue<br>Crown Point, IN 46307 | | - | 2006<br>Loan | | | | 5,500.00 |
| Account No.<br>Creditor #: 56<br>Mobile Mini<br>P.O. Box 79149<br>Phoenix, AZ 85062-9149 | | - | Prior to Petition Date<br>Trade debt | | | | 165.73 |
| Account No.<br>Creditor #: 57<br>Northwest Indiana Times Transient Comm.<br>c/o Goldman, Walker & De Poy, LLC<br>6303 E. Tanque Verde Rd.<br>#110<br>Tucson, AZ 85715 | | - | Prior to Petition Date<br>Trade debt | | | | 173.64 |
| Account No.<br>Creditor #: 58<br>Office Max<br>P.O. Box 5239<br>Carol Stream, IL 60197-5239 | | - | Prior to Petition Date<br>Trade debt | | | | 2,600.00 |
| Account No. 9600<br>Creditor #: 59<br>Olson Roofing<br>3911 W. 159th Place<br>Markham, IL 60428 | | - | Prior to Petition Date<br>Trade debt | | | | 840.18 |

Sheet no. __13__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   9,279.55

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    M.R.E. Construction Company Inc.                                    ,        Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Prior to Petition Date | | | | |
| Creditor #: 60 Pella Windows 112 Alexandra Way Carol Stream, IL 60188 | | - | | Trade debt | | | | 17,211.34 |
| Account No. | | | | Prior to Petition Date | | | | |
| Creditor #: 61 Perm-A-Seal P.O. Box 1216 South Holland, IL 60473 | | - | | Trade debt | | | | 250.00 |
| Account No. | | | | Prior to Petition Date | | | | |
| Creditor #: 62 Pioneer Lumber Inc. 320 E. Second Street Michigan City, IN 46360-3298 | | - | | Trade debt | | | | 6,830.59 |
| Account No. | | | | Pioneer Lumber Inc. 1550 Pioneer Trail Chesterton, IN 46304-9382 | | | | |
| Representing: Pioneer Lumber Inc. | | | | | | | | |
| Account No. | | | | Prior to Petition Date | | | | |
| Creditor #: 63 Prairie Material 7601 W. 79th Street P.O. Box 1123 Bridgeview, IL 60455 | | - | | Trade debt | | | | 974.55 |

Sheet no. __14__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

25,266.48

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    M.R.E. Construction Company Inc.    ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. 0190 | | | | Prior to Petition Date | | | | |
| Creditor #: 64 Reinke Gypsum Supply Co., Inc. 2440 S. Wolf Road Des Plaines, IL 60018 | - | | | Trade debt | | | | 652.12 |
| Account No. 4405 | | | | Prior to Petition Date | | | | |
| Creditor #: 65 Spectra Contract Flooring 29 E. Rawls Road Des Plaines, IL 60018 | - | | | Trade debt | | | X | 19,683.00 |
| Account No. | | | | Prior to Petition Date | | | | |
| Creditor #: 66 Springer Blue Print 10640 S. Western Avenue Chicago, IL 60643 | - | | | Trade Debt | | | | 1,021.00 |
| Account No. | | | | Creditors Recovery Systems, Inc. 212 West St. Charles Road Villa Park, IL 60181 | | | | |
| Representing: Springer Blue Print | | | | | | | | |
| Account No. | | | | Prior to Petition Date | | | | |
| Creditor #: 67 Sprint P.O. Box 4181 Carol Stream, IL 60197-4181 | - | | | Trade debt | | | | 5,000.00 |

Sheet no. __15__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    26,356.12

Official Form 6F (10/06) - Cont.

In re        M.R.E. Construction Company Inc.                              ,          Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Creditor #: 68<br>Sunbelt Rentals<br>P.O. Box 409211<br>Atlanta, GA 30384-9211 | | - | | Prior to Petition Date<br>Trade debt | | | | 3,546.25 |
| Account No.<br><br>Creditor #: 69<br>The Service Source<br>P.O. Box 279<br>Adrian, MI 49221 | | - | | Prior to Petition Date<br>Trade debt | | | | 500.00 |
| Account No.<br><br>Creditor #: 70<br>Waste Management<br>P.O. Box 4648<br>Carol Stream, IL 60197 | | - | | Prior to Petition Date<br>Trade debt | | | | 1,000.00 |
| Account No. 8442<br><br>Creditor #: 71<br>Whirlpool<br>200 M-63, MD7560<br>Benton Harbor, MI 49022-2692 | | - | | Prior to Petition Date<br>Trade debt | | | | 9,062.00 |
| Account No.<br><br>Creditor #: 72<br>Wilcor Solid Surface Incorporated<br>840 N. Central Avenue<br>Wood Dale, IL 60191 | | - | | Prior to Petition Date<br>Trade debt | | | | 1,858.80 |

Sheet no. __16__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    15,967.05

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    M.R.E. Construction Company Inc. _____,    Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. Creditor #: 73 Wilcor Solid Surface Incorporated 840 N. Central Avenue Wood Dale, IL 60191 | - | | | Prior to Petition Date Trade debt | | | | 3,210.40 |
| Account No. Creditor #: 74 Wright Express P.O. Box 6293 Carol Stream, IL 60197-6293 | - | | | Prior to Petition Date Trade debt | | | | 3,000.00 |
| Account No. Creditor #: 75 Yellow Pages P.O. Box 50038 Jacksonville Beach, FL 32240-0038 | - | | | Prior to Petition Date Trade debt | | | | 592.00 |
| Account No. Creditor #: 76 Zambrano Drywall Corp. of Tinley Park 22014 Howell Drive Unit 2 New Lenox, IL 60451 | - | | | Prior to Petition Date Trade debt | | | X | 65,250.00 |
| Account No. | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __17__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 72,052.40 |
| | Total (Report on Summary of Schedules) | 676,316.89 |

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                            Best Case Bankruptcy

Form B6G
(10/05)

In re    M.R.E. Construction Company Inc.                                    ,    Case No. _____
                                        Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

   0    continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form B6H
(10/05)

In re     M.R.E. Construction Company Inc.                                         ,     Case No. _____
                                                            Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Cathy Del Nagro<br>809 E. Margaret<br>Thornton, IL 60476 | Dal-Tile Corporation<br>P.O. Box 70671<br>Chicago, IL 60673-0671 |
| Michael Del Nagro<br>4516 W. 109th Ave.<br>Crown Point, IN 46307-3675 | Chase Cardmember Service<br>P.O. Box 15548<br>Wilmington, DE 19886-5548 |
| Michael Del Nagro<br>4516 W. 109th Ave.<br>Crown Point, IN 46307-3675 | American Express<br>Box 0001<br>Los Angeles, CA 90096-0001 |
| Michael Del Nagro<br>4516 W. 109th Ave.<br>Crown Point, IN 46307-3675 | Edward Hines Lumber Co.<br>9900 West 191st Street<br>Mokena, IL 60448 |
| Michael Del Nagro<br>4516 W. 109th Ave.<br>Crown Point, IN 46307-3675 | National City<br>P.O. Box 856153<br>Louisville, KY 40285-6153 |
| Michael Del Nagro<br>4516 W. 109th Ave.<br>Crown Point, IN 46307-3675 | Dal-Tile Corporation<br>P.O. Box 70671<br>Chicago, IL 60673-0671 |

  0   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6-Declaration. (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re   M.R.E. Construction Company Inc.                           Case No.

                                              Debtor(s)         Chapter    7

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __29__ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date   December 18, 2006                    Signature   /s/ Michael Del Nagro

                                                         Michael Del Nagro
                                                         President

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 7
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re    M.R.E. Construction Company Inc.                Case No. _____

                                   Debtor(s)       Chapter    7

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $81,596.00 | Gross Income from Business - 2004 |
| $-113,349.30 | Gross Income from Business - 2005 |
| $92,708.34 | Gross Income from Business - 2006 (through November) |

**2. Income other than from employment or operation of business**

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

       AMOUNT                 SOURCE

2

### 3. Payments to creditors

None
■   *Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
☐   b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| Illinois Dept. of Employment Security Bankruptcy Unit 3rd Floor 401 South State Street Chicago, IL 60605 | October, 2006 | $7,438.66 | $0.00 |
| Allied Insurance 3820 109th Street Dept. 2177 Des Moines, IA 50391-2177 | October, 2006 | $1,000.00 | $30,000.00 |

None
■   c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| Edward Hines Lumber Co v. M.R.E. Construction Company, Inc. and Michael Del Nagro 06 M1 137470 | Breach of contract | Circuit Court of Cook County, First Municipal District Chicago, Illinois | Judgment entered September 11, 2006 |
| Home Building Supply, LLC v. State of Illinois Captial Development Board, M.R.E. Construction Company, et al. Case No. 06 CH 18004 | Breach of contract | Circuit Court of Cook County, Chancery Division Chicago, Illinois | Pending |
| Accurate Group Inc. v. Commuter Railroad Corp., et al. Case No. 04 CH 5965 | Mechanic's Lien | Circuit Court of Cook County, Law Division Chicago, Illinois | Pending |

None **■**   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**5. Repossessions, foreclosures and returns**

None **■**   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None **■**   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None **■**   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None **■**   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None **■**   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

4

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| SCALAMBRINO & ARNOFF, LLP One North LaSalle Street Suite 1600 Chicago, IL 60602 | November, 2006 | $2,519 (includes filing fee) |

### 10. Other transfers

None ■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

5

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |
| Renee Mlaker<br>10332 S. McVickers Ave.<br>Apt. 3N<br>Chicago Ridge, IL 60415 | 03/05 - 01/06 |
| Dale Oliver<br>Lackiak Accountancy Group<br>833 West Lincoln Hwy.<br>Suite 109W<br>Schererville, IN 46375 | 2003-present |
| Cathy Del Nagro<br>809 E. Margaret<br>Thornton, IL 60476 | Filled in as needed |
| Nancy Queen<br>14300 W. 153rd Lane<br>Cedar Lake, IN 46303 | 05/03 - 02/05 |

7

None  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books
☐     of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| Laciak Accountancy Group | 833 West Lincoln Hwy.<br>Suite 109W<br>Schererville, IN 46375 | 2003-2006 |

None  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
☐     of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Laciak Accountancy Group | 833 West Lincoln Hwy.<br>Suite 109W<br>Schererville, IN 46375 |

None  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
■     issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
■     and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
■

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
☐     controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|
| Michael Del Nagro<br>4516 W. 109th Avenue<br>Crown Point, IN 46307 | President | Owner of 51% of issued stock |
| Joseph Bianchi<br>13040 W. Regan<br>Mokena, IL 60448 | Vice-President | Owner of 49% of issued stock |

### 22 . Former partners, officers, directors and shareholders

None  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■     commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

8

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  December 18, 2006        Signature  /s/ Michael Del Nagro

                                              Michael Del Nagro
                                              President

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

## United States Bankruptcy Court
### Northern District of Illinois

In re   M.R.E. Construction Company Inc.

Debtor(s)

Case No. _____

Chapter   7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................ $        2,519.00

Prior to the filing of this statement I have received ................................ $        2,519.00

Balance Due ............................................................................................ $            0.00

2. The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   December 18, 2006

/s/ Bruce C. Scalambrino
Bruce C. Scalambrino
SCALAMBRINO & ARNOFF, LLP
One North LaSalle Street
Suite 1600
Chicago, IL 60602
312-629-0545  Fax: 312-629-0550
bcs@sacounsel.com

---

# United States Bankruptcy Court
### Northern District of Illinois

In re     M.R.E. Construction Company Inc.                                    Case No.
                                        Debtor(s)              Chapter        7

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:     December 18, 2006                    /s/ Michael Del Nagro
                                               Michael Del Nagro/President
                                               Signer/Title

Aces Demolition
P.O. Box 511
Wheaton, IL 60189


Advance Glass
410 Ashland Ave.
Chicago Heights, IL 60411


Allied Insurance
3820 109th Street
Dept. 2177
Des Moines, IA 50391-2177


Alside
8400 Colorado Street
Merrillville, IN 46410


American Express
Box 0001
Los Angeles, CA 90096-0001


Amtico
Attn: Sharon King
6480 Roswell Road
Atlanta, GA 30328


Armor Tile & Supply
13700 S. Cicero Ave.
Crestwood, IL 60445


Bank of America
P.O. Box 1516
Newark, NJ 07101-1516


Capital One
P.O. Box 790217
Saint Louis, MO 63179-0217


Capital One
P.O. Box 5155
Norcross, GA 30091


Capital One Services, Inc.
15000 Capital One Drive
Richmond, VA 23238

Cathy Del Nagro
809 E. Margaret
Thornton, IL 60476


Central Door Distribution
150 East State Street
Calumet City, IL 60406


Chase Cardmember Service
P.O. Box 15548
Wilmington, DE 19886-5548


Citibank USA, N.A.
P.O. Box 688904
Des Moines, IA 50368-8904


CitiFinancial Retail Svc.
P.O. Box 183041
Columbus, OH 43218-3041


Craftsman Carpet & Tile
12101 W. 159th Street
Homer Glen, IL 60491


Creative Counters Inc.
11767 Juanita Drive
Orland Park, IL 60467


Credit Collection Service
Two Wells Avenue
Dept. 7250
Newton Center, MA 02459


Creditors Recovery Systems, Inc.
212 West St. Charles Road
Villa Park, IL 60181


Dal-Tile Corporation
P.O. Box 70671
Chicago, IL 60673-0671


Digital Blue
8200 West 185th Street
Suite L
Tinley Park, IL 60477

Edward Hines Lumber Co.
9900 West 191st Street
Mokena, IL 60448


Edward Hines Lumber Co.
P.O. Box 28
Mokena, IL 60448


Galaxy Environmental, Inc.
4252 N. Milwaukee Ave.
Chicago, IL 60622


Glenridge Electric
27413 S. Kursten St.
Monee, IL 60449


Goldy Locks Tinley Park
7112 W. 171st Street
Tinley Park, IL 60477


H & K Masonry Services, Inc.
2504 Fourth Street
Peru, IL 61354


Hartford Insurance
P.O. Box 2907
Hartford, CT 06104-2907


Hilti
P.O. Box 382002
Pittsburgh, PA 15250-8002


Home Building Supply LLC
17532 Duvan Drive
Tinley Park, IL 60477


Home Depot
P.O. Box 6029
The Lakes, NV 88901-6029


Home Depot Credit Svcs
P.O. Box 9172
Des Moines, IA 50368-9172

Homewood Disposal Service
1501 W. 175th Street
Homewood, IL 60430


Hy Addison
100 Corporate Grove Drive
Buffalo Grove, IL 60089


Ice Mountain Spring Water
P.O. Box 856680
Louisville, KY 40285-6680


ICI Paints
7101 Indianapolis
Hammond, IN 46324


ICI Paints
21033 Network Place
Chicago, IL 60673-1210


Illinois Department of Revenue
Bankruptcy Section
Level 7-425
100 West Randolph Street
Chicago, IL 60606


Innerform
P.O. Box 7200
Villa Park, IL 60181


Internal Revenue Service
230 South Dearborn St.
Mail Stop 5010 CHI
Chicago, IL 60604


J&L Metal Doors
8305 W. 183rd Place
Tinley Park, IL 60477


J&L Metal Doors
P.O. Box 671
Chicago Heights, IL 60412-0671

JD & 3
275 Thelma Street
Manhattan, IL 60442


Joliet Plumbing
1736 East Cass Street
Joliet, IL 60432


Joseph & Sons
P.O. Box 1418
Homewood, IL 60430-0418


Joseph Bianchi
13040 W. Regan
Mokena, IL 60448


Keepsake Construction Co.
15529 S. 70th Court
Orland Park, IL 60462


Kel Mel Millwork Company
1953 Airway Court
New Lenox, IL 60451


Kel Mel Millwork Company
10500 West 163rd Place
Orland Park, IL 60467


Kel Mel Millwork Company, Inc.
10500 West 163rd Place
Orland Park, IL 60467-5444


Laciak Accoutancy Group
833 W. Lincoln Hwy.
Suite 109W
Schererville, IN 46375


LaForce
1060 W. Mason Street
P.O. Box 10068
Green Bay, WI 54307


Land & Lakes Disposal Svc.
21900 S. Central Avenue
Matteson, IL 60443

LTD Financial Services, L.P.
7322 Southwest Freeway
Suite 1600
Houston, TX 77074


M.A. Bruder & Sons, Inc.
600 Reed Road
Broomall, PA 19008


MAB Paints
720 Central Florida Pkwy.
Orlando, FL 32824-8589


MB Financial Bank, N.A.
Retail Banking - South Holland
475 E. 162nd Street
South Holland, IL 60473


McCann
543 S. Rohlwing Road
Addison, IL 60101


Menard's
HSBC Business Solutions
P.O. Box 5219
Carol Stream, IL 60197-5219


Michael Del Nagro
4516 W. 109th Avenue
Crown Point, IN 46307


Mobile Mini
P.O. Box 79149
Phoenix, AZ 85062-9149


National City
P.O. Box 856153
Louisville, KY 40285-6153


Northwest Indiana Times Transient Comm.
c/o Goldman, Walker & De Poy, LLC
6303 E. Tanque Verde Rd.
#110
Tucson, AZ 85715

Office Max
P.O. Box 5239
Carol Stream, IL 60197-5239

Olson Roofing
3911 W. 159th Place
Markham, IL 60428

Pella Windows
112 Alexandra Way
Carol Stream, IL 60188

Perm-A-Seal
P.O. Box 1216
South Holland, IL 60473

Pioneer Lumber Inc.
320 E. Second Street
Michigan City, IN 46360-3298

Pioneer Lumber Inc.
1550 Pioneer Trail
Chesterton, IN 46304-9382

Prairie Material
7601 W. 79th Street
P.O. Box 1123
Bridgeview, IL 60455

Reinke Gypsum Supply Co., Inc.
2440 S. Wolf Road
Des Plaines, IL 60018

Spectra Contract Flooring
29 E. Rawls Road
Des Plaines, IL 60018

Springer Blue Print
10640 S. Western Avenue
Chicago, IL 60643

Sprint
P.O. Box 4181
Carol Stream, IL 60197-4181

Sunbelt Rentals
P.O. Box 409211
Atlanta, GA 30384-9211


Teller, Levit & Silvertrust, P.C.
11 East Adams Street
Chicago, IL 60603


The Service Source
P.O. Box 279
Adrian, MI 49221


Waste Management
P.O. Box 4648
Carol Stream, IL 60197


Whirlpool
200 M-63, MD7560
Benton Harbor, MI 49022-2692


Wilcor Solid Surface Incorporated
840 N. Central Avenue
Wood Dale, IL 60191


Wright Express
P.O. Box 6293
Carol Stream, IL 60197-6293


Yellow Pages
P.O. Box 50038
Jacksonville Beach, FL 32240-0038


Zambrano Drywall Corp. of Tinley Park
22014 Howell Drive
Unit 2
New Lenox, IL 60451

# United States Bankruptcy Court
## Northern District of Illinois

In re   M.R.E. Construction Company Inc.

Debtor(s)

Case No. _____

Chapter   7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   M.R.E. Construction Company Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

December 18, 2006

Date

/s/ Bruce C. Scalambrino

Bruce C. Scalambrino

Signature of Attorney or Litigant

Counsel for   M.R.E. Construction Company Inc.

SCALAMBRINO & ARNOFF, LLP
One North LaSalle Street
Suite 1600
Chicago, IL 60602
312-629-0545 Fax:312-629-0550
bcs@sacounsel.com